IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CR-267-KDB-DCK-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| DEUNTRIA LAMAR LYONS, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** regarding Defendant's "Motion For Exemption To Discovery Order" (Document No. 59) filed on August 29, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned finds that an update to Defendant's motion may be helpful.

This motion came on for a hearing on September 10, 2024. On October 2, 2024, Defendant filed an "Unopposed Motion To Continue" (Document No. 64), stating that his counsel was "continuing to review discovery." The Court granted Defendant's Motion To Continue on October 2, 2024. (Document No. 65).

**IT IS, THEREFORE, ORDERED** that Defendant file a Status Report on or before **November 8, 2024**, advising the Court of any updates to his pending "Motion For Exemption To Discovery Order" (Document No. 59).

**SO ORDERED.**

Signed: November 4, 2024

David C. Keesler
United States Magistrate Judge