FILED
CHARLOTTE, NC
MAR 24 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case Name: UNITED STATES V. LYONS
Case Number: 3:23-cr-00267-KDB-DCK

To: The Honorable District Judge Kenneth
D. Bell, 401 W Trade St, Charlotte, NC
28202.

From: Demetria Lyons

Dear Mr. Bell:

On March 5, 2025, I was located at the McDowell County Jail in Marion, NC, in which my mother, Deborah Lyons called the FBI, Charlotte Division at 704-672-6100, while I was on the phone so we could make a complaint that FBI agents/government officials planted/tampered with evidence in my case (in case no. supra) and that I have proof, which is a violation of 18 U.S.C. 1519 and 18 U.S.C. 1001. While I was making my complaint to a female FBI agent (she stated she couldn't disclose her name) the call was intentionally interrupted to the point where when I tried to give the agent my name, she couldn't hear me so my mother disconnected the call then called

back and made the complaint. My mother spoke to the same female FBI agent and the agent gave her complaint number 9575. While my mother and the agent was discussing my complaint, my mother urged the agent to send a investigator to talk to me about the proof of evidence tampering that I have but no agent came out. On March 12, 2025, I was suspiciously transferred from the McDowell County Jail to Pike County Jail in Kentucky. I believe I was transferred because of my complaint on evidence tampering and the U.S. Marshal's denying to provide dental treatment that I have proof the Marshal's suppose to provide. However, the purpose for my letter is to make known to you (Mr. Bell) about this serious issue of evidence tampering in my case that's assigned to you. On March 12, 2025, my mother called the FBI (Charlotte Division) back to check the status of them investigating my complaint on evidence tampering. They stated that someone will contact her in the future about my complaint but gave her the impression that it's not a urgent matter. The agent she spoke with refuse to give her their name and stated that it was a FBI policy. Evidence tampering is a serious and urgent issue, especially when it is done by government officials, with the fact that I have other evidence that they are currently tampering with other evidence. With the knowledge and information I have, further evidence tampering by government officials is only gonna get them caught but to prevent further evidence tampering I'm urging you to have my complaint investigated promptly and

put all original discovery and duplicated discovery previously giving to the government attorney and defense attorneys under a different seal with no access to those partys in my case (case no. 3:23-cr-00267-KDB-DCK). I'm not asking you to disallow them to have a copy, I'm urging you to get a copy of all discovery material from all attorneys in the case and put all the original discovery material filed with the court under a different seal. It's several attorneys that was substituted in this case that was provided with the discovery in this case, I'm asking you to get a copy of the discovery that was provided to them. Additionally, in the Northern District of Georgia, case no. 1:23-MJ-1006 (I think the case no. changed after the indictment but you should be able to locate the new case now. The evidence show defendant's in that case names are: Melvin Asbury, Mark Oliver, Jamauri Marshall, and Santino Parks.) the same discovery material was provided in that case and to their attorneys, therefore, I'm urging you to place a copy of that discovery under seal contemporaneously with the discovery from your district.

As of today I do not know who all is involved in the evidence tampering and or assisting in a cover up to the unlawful act. I told my former attorney, Daniel Baker McIntyre III that I had proof of evidence tampering and I requested to review certain documents, and on November 14, 2024, I spoke with him on a recorded phone call at the McDowell county

Jail, he stated that the e-mail the government used to put the discovery material on his drive was corrupted so he had to send his drive back to get those documents put back on it. On November 21, 2024, I spoke with him on a recorded phone call at the McDowell County Jail and asked Mr. McIntyre when do he think he will have his drive back so I can get a copy of the documents I requested. He stated that he did not say that, which was a lie and the NCIC recorded phone calls will prove he lied. For that reason and more I substituted counsel. My current attorney is § S. Frederick Winiker III. On December 27, 2024, in my first video visit with Mr. Winiker, I advised him that I had proof of evidence tampering and requested certain documents. On February 6, 2025, I had a physical visit with Mr. Winiker, in which he provided certain Title III wiretaps documents I requested to further my investigation on the evidence tampering. He stated that the government was trying to locate the rest of the documents that was missing and that soon as he receive them he will notify me. But pursuant to 18 U.S.C. 2518, the missing documents couldn't have been filed without the documents I already have because I have a copy of the order sealing the interceptions. Additionally, atleast 3 months have passed and the documents still haven't surfaced. On March 17, 2025, I had a video visit with Mr. Winiker, in which he stated on March 19, 2025, he's having a meeting with the AUSA Timothy Sielaff and FBI task force members about the missing documents. On March 3,

2025, I had a physical visit with Mr. Winiker, in which he witness in part some of the evidence tampering. However, do to Mr. Winiker alleged schedule we haven't had a chance to go through alot of tampered evidence but we should soon. I haven't disclosed other evidence tampering unrelated to Title III wiretaps.

Proof of evidence tampering done by government officials undermine the foundation of the Justice system. Your honor, a government official that will tamper with evidence in a criminal or civil prosecution is a criminal and they are not a authentic government official. They shall be punished in the same manner as any other person pursuant to the intelligence of the law. Nobody on earth is above the law. Therefore, I trust that because you are the Honorable district Judge in this case you will not be naive to my complaint and have the case investigated promptly. My family is also notifying other authority about the evidence tampering. Take care.

This 18th day of March 2025,

*Deuntria Lyons*
DEUNTRIA LYONS