UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

```
UNITED STATES OF AMERICA      )    DOCKET NO. 3:23-CR-267-1
                              )
          vs.                 )
                              )
DEUNTRIA LAMAR LYONS,         )
                              )
          Defendant.          )
_____)
```

TRANSCRIPT OF INQUIRY INTO STATUS OF COUNSEL
BEFORE THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE
SEPTEMBER 25, 2025


<u>APPEARANCES</u>:

On Behalf of the Government:

    TIMOTHY SIELAFF, ESQ.
    United States Attorney's Office
    227 West Trade Street, Suite 1700
    Charlotte, North Carolina 28202

On Behalf of the Defendant:

    S. FREDERICK WINIKER, III, ESQ.
    Flannery Georgalis, LLC
    227 West Trade Street, Suite 950
    Charlotte, North Carolina 28202


Digitally recorded proceedings transcribed by:

        Cheryl A. Nuccio, RMR-CRR
        Official Court Reporter
        United States District Court
        Charlotte, North Carolina

1    P R O C E E D I N G S

2        (Transcript of proceedings digitally recorded on

3    September 25, 2025.)

4        THE COURT:  The next matter we will take up is our

5    11:20 item.  This is -- is it Deuntria?

6        THE DEFENDANT:  Yes, sir, Deuntria.

7        THE COURT:  Deuntria Lamar Lyons.  The number on

8    this is 3:23-cr-267.  Mr. Winiker and Ms. Mink are here for

9    him.  Mr. Sielaff is here for the government on this.  This

10   matter is on for inquiry into status of counsel.  This was

11   placed on for that purpose in part, perhaps in large part,

12   because of documents 122 and 123 in the case which are pro se

13   filings by the defendant, Mr. Lyons, dated respectively

14   September 5 and September 8, 2025.  So we're here to talk

15   about counsel going forward.

16       Let me hear from Mr. Sielaff just for a minute here

17   about the status of the case generally.

18       MR. SIELAFF:  Your Honor, Mr. Winiker is the second

19   counsel of record in this matter.  We are currently set for

20   trial January 5th.

21       THE COURT:  January 5th?

22       MR. SIELAFF:  Yes, sir.

23       THE COURT:  Okay.  Is the co-defendant, Mr. Wade,

24   still --

25       MR. SIELAFF:  Your Honor, there are two

1  co-defendants, Alzaah Wade and Brandane Smith.  Both have pled

2  guilty and are awaiting sentencing.

3          THE COURT:  Okay.  Thank you.

4          All right.  So, Mr. Winiker, I have waded through

5  much of this.  There's a lot here to look at, but I have tried

6  to flip through all of it prior to coming to court today.  I

7  suppose we might need to have an ex parte portion of this

8  proceeding, but before we get to that, can we talk just

9  generally about where things stand.

10          MR. WINIKER:  Your Honor, we -- I was appointed in

11  this case at the very end of December of 2024 so practically

12  speaking I'm nine months into it.  I briefed some of the steps

13  I've taken in the case in some of the ex parte filings I made

14  with the Court, specifically numbers 114 and 120 where I

15  detailed out kind of the status in that case.  I don't have

16  anything to elaborate on beyond that in terms of those -- you

17  know, the steps that we've taken so far.

18          THE COURT:  Okay.  Did you -- give me those cases --

19  give me those document numbers again.

20          MR. WINIKER:  Your Honor, that's 114 and 120.

21          THE COURT:  Okay.  Let me -- give me a second.  Let

22  me pull that up.

23          MR. WINIKER:  Thank you.

24          (Pause.)

25          THE COURT:  Okay.  Madam clerk, what am I missing

1   here?  I pulled the docket sheet up and there's no 114 and

2   there's no 120.  Why would that be?

3           MR. SIELAFF:  Your Honor, those were ex parte

4   filings to Judge Bell so the Court needs to go through another

5   route.

6           THE COURT:  Okay.

7           MR. WINIKER:  Or if they're under seal -- if they're

8   under seal, there's a new ECF procedure.

9           THE CLERK:  (Inaudible.)

10          THE COURT:  Okay.

11          MR. WINIKER:  I did not bring extra copies.  I

12  didn't think about that.  I could --

13          THE COURT:  That's okay.

14          MR. WINIKER:  -- have those reproduced.

15          THE COURT:  All right.  Well, let's -- let's do

16  this.  I guess what I need to know before I consider emptying

17  the courtroom is whether this problem has been mitigated or

18  whether it has not been mitigated.  Are you able to continue

19  as his lawyer in your view?

20          MR. WINIKER:  I'm not aware of any reason why I

21  shouldn't be able to continue as his attorney.  He has asked

22  me to withdraw; but to be candid with the Court, I'm not aware

23  of a reason.

24          THE COURT:  Okay.  All right.  Well, let's do this.

25  Are you asking for an ex parte portion of this proceeding so

1    we can inquire?

2            MR. WINIKER:  I think that would be best, Your

3    Honor.

4            THE COURT:  All right.  Noting the government's

5    usual objection, I'll allow that request and we'll ask anybody

6    who's not directly involved in the case to step out.

7            (Sealed proceedings.)

8            THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13   XXXXXXXXXXXXXX

14            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16           MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23           THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25   XXXXXX

1          MR. WINIKER: XXXXXXXXXXXXXXXXXXXXXXXXXXX

2          THE COURT: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3          MR. WINIKER: XXXXXXXXXXXXXXXXXXXXXXXXX

4          THE COURT: XXXXXXXXXXXXXXXXXX

5          XXXXXXXXXXXXXXXXXXXXXXXX

6          THE DEFENDANT: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7          THE COURT: XXXXXXXXX

8          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4           XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12  XXXXXXXXXXXXXXXXXXXXX

13          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19          THE DEFENDANT:  XXXXXXXXX

20          THE COURT:    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5 XXXXXXXXXXXXXXX

6   THE DEFENDANT: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7   THE COURT: XXXXXXXXXXXXXXXXXXXXXX

8   THE DEFENDANT: XXXXXXXXX

9   THE COURT: XXXXXXXXXX

10   THE DEFENDANT: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
2          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
3   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
4   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
5   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
6   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
7          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
8   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
9   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
11  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
13  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
14  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
15  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16         XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
17  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
18  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
19  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
20  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
21  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
22          THE COURT:   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
23          THE DEFENDANT:   XXXXXX
24          THE COURT:   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
25  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4          THE DEFENDANT:   XXXXXX

5          THE COURT:   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6  XXXXX

7          THE DEFENDANT:   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16  XXXXXXXXXXXXXXXXXXXX

17          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24          THE COURT:   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3   XXXXXXXXXXX

4         THE DEFENDANT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12        THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14  XXXXXXXXXXX

15        THE DEFENDANT:  XXXXXXXXXX

16        THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19  XXXXXXXXXXXXXXXXXXXXXXXXXXXX

20        THE DEFENDANT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
2  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
3  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
4  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
5  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
6  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
7  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
8  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
9  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
11         XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
13 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
14 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
15 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
17 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
18          THE COURT:  XXXXX
19          THE DEFENDANT:  XXXXXXXXX
20          THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
21 XXXXXXXXXXXXXXXXXXXXXXXX
22          THE DEFENDANT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
23 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
24 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
25 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13          THE COURT:  XXXXX

14          THE DEFENDANT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16          THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXX

17          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21          MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23          THE COURT:  XXXXX

24          MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25  XXXXXXXXXXX

1              THE COURT:   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
2    XXXXXXXXXXXXXXXXXXXXXXX
3              MR. WINIKER:   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
4              THE COURT:   XXXXXXXXXX
5              XXXXXXXX
6              THE COURT:   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
7    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
8    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10   XXXXXXXXXXXXXXXXXXX
11             MR. WINIKER:   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
13   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
14   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
15   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
17   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
19             XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
20   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
21   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
22   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
23   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
24   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
25   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
2         THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
3  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
4         MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
5  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
6  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
7         THE COURT:  XXXXX
8         MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
9  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10        THE COURT:  XXXXX
11        MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12 XXXXXXXXXXXXXXX
13        THE COURT:  XXXXXXXXXXXXXXXXXX
14        MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXX
15 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
17 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
18 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
19 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
20 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
21 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
22        THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
23 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
24 XXXXXXXXXXXXXXX
25        MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

```
1    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
2           THE COURT:  XXXXX
3           MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
4    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
5    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
6    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
7           THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
8    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
9    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
11   XXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12           MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
13   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
14   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
15   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
17           XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
18   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
19   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
20   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
21   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
22   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
23   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
24   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
25   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

1  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3  XXXXX

4          THE COURT:  XXXXXXXXXXXXXXXXXXX

5          MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

7  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

9  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

10  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12          THE COURT:  XXXXX

13          MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

14          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18          THE DEFENDANT:  XXXXXXXXXXXXX

19          THE COURT:  XXXXXXXX

20          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21          XXXXXXXXXXXXXXXXXXXXXXXXXXXX

22          THE DEFENDANT:  XXXXXXXXXXXXXXXX

23          THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

24  XXXXXXXXX

25          THE DEFENDANT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1           XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
2      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
3      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
4      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
5      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
6      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
7      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
8      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
9      XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
11     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
13     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
14     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
15     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
17     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
18     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
19     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
20     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
21          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
22     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
23     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
24     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
25     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

```
1   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
2   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
3   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
4   XXXXXXXXXXXXX
5           THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXX
6               XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
7   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
8   XXXXXX
9           MR. WINIKER:  XXXXXXXXXXXXXXX
10          THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
11  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12          MR. WINIKER:  XXXXXXXXXXXXX
13          THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
14  XXXXXXXXXXXXXXXX
15          MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
17  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
18  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
19  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
20  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
21  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
22  XXXXXX
23          THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
24  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
25          MR. WINIKER:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

1  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

2  　　　　THE COURT:　XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

3  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

4  　　　　MR. WINIKER:　XXXXXXXXXXXXXXXXXXXXXXXXX

5  　　　　THE COURT:　XXXXXXX

6  　　　　MR. WINIKER:　XXXXXXXXXXXXX

7  　　　　THE COURT:　XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

8  　　　　MR. WINIKER:　XXXXXXXXXXXXXXXXXXXXXXXX

9  　　　　THE COURT:　XXXXXXXXXXX

10 　　　　XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

11 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

12 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

13 　　　　MR. WINIKER:　XXXXXXXXXXXXXXXXXXX

14 　　　　THE COURT:　XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

15 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

16 　　　　MR. WINIKER:　XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

17 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

18 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

19 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

20 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

21 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

22 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

23 XXXXXXXXXXXXXXXXXXX

24 　　　　THE COURT:　XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

25 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

1  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
2  XXXXXXXXXXXX
3          THE DEFENDANT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
4  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
5  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
6  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
7  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
8  XXXXXXXXXX
9          THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
10 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
11 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
12 XXXXXXXXX
13         THE DEFENDANT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
14 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
15         THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
16 XXXXX
17         THE DEFENDANT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
18         MR. WINIKER:  XXXXXXXXXXXXXXXXXXX
19         THE COURT:  XXXXX
20         THE DEFENDANT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
21 XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
22         THE COURT:  XXXXXXXXXXXXXXXXXXXX
23         MR. WINIKER:  XXXXXXXXXXXXXXX
24         THE COURT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
25 XXXXXXXX

1    THE DEFENDANT:  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
2   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
3   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
4   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
5   XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
6    THE COURT:  XXXXXXXXXX
7            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
8    (Unsealed proceedings.)
9    THE COURT:  Okay.  For the record, we've reopened
10  the courtroom so we're resuming an open portion of the
11  proceeding involving Mr. Lyons.  This is 3:23-cr-267.
12  Mr. Winiker and Ms. Mint -- Mink, I'm sorry, are here for the
13  defendant and Mr. Sielaff is here for the government on this.
14  We've had an extended conversation in an ex parte portion of
15  the proceeding so we're going to wrap this up shortly.
16    Mr. Sielaff, I'm assuming we don't need much else
17  from you other than you'll try it if you need to and you'll
18  make an offer if you think it's warranted.
19    MR. SIELAFF:  Yes, sir.
20    THE COURT:  Okay.  Thank you.
21    All right.  Look, the standard for stuff like
22  this -- these things are always a little tricky, but the
23  standard basically is set forth in a case called *United States*
24  *versus Mullen*.  In essence, what that case says is that the
25  Court should make an appropriate inquiry into the situation

and determine whether the current counsel should continue or be substituted.  It often boils down to a couple of things, though not exclusively a couple of things.  Number one being is the motion untimely or, to put it differently, where in the life-span of the case is the -- is this problem arising and how does that cut?  Another thing is whether the relationship between attorney and client has deteriorated to such an extent that it prevents an adequate defense.  Another thing I would mention just generally is the question of whether there's cause for the motion or for changing -- changing lawyers at this particular time.

I've heard at some some length from Mr. Lyons.  I've also heard from Mr. Winiker and I've reviewed a number of different documents both before I came in and while I was here.  Those include documents 122 and 123, which I believe were handwritten documents prepared either by the defendant or on his behalf, with attachments.  Also I've looked at documents 114 and 120 which are ex parte filings made by Mr. Winiker earlier in the case.

Bottom line is a couple of things.  This case was originally indicted on December 12, 2023, so we're fast coming up on two years.  I recognize that Mr. Winiker is the second lawyer in.  He has been in the case since January of this year.  So the trial being set currently for January of 2026, I would find on balance that this motion to substitute counsel

1    is somewhat untimely.  It's time to get this thing done.

2    Mr. Winiker himself has been in the case for a long time.  The

3    case itself is nearing two years old and so I find that

4    substituting a new lawyer is unwise for that reason.

5         I also find that -- you know, look, Mr. Winiker is

6    very good at his job.  He's here all the time.  Does appointed

7    work.  He's a member of our CJA panel.  The documents I've

8    looked at and the discussion we've had here in court,

9    including some decisions that have been made about experts and

10   review of discovery and all kinds of other things, suggest

11   that Mr. Winiker and his staff and the other folks he has

12   retained to help are doing everything they can manage, so I

13   don't find that substitution of Mr. Winiker is called for so

14   respectfully I will direct that he remain in the case as

15   appointed counsel for the defendant.

16        I encourage Mr. Lyons to keep an open mind about the

17   efforts that are being made and to cooperate and participate

18   in those.  And I include in that the lawyer and paralegal from

19   Kentucky who are trying to meet with the defendant to go over

20   discovery, cooperation with an expert that's been -- who's

21   been retained to help evaluate possible defenses, and ongoing

22   efforts by Mr. Winiker and perhaps Ms. Mink to get the case

23   ready either for a negotiated plea or a jury trial if that's

24   required.

25        Okay.  That's it.  Good luck.

1          THE DEFENDANT:  All right.

2          THE COURT:  Thank you.

3          (End of proceedings.)

4                              *****

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1   UNITED STATES DISTRICT COURT

2   WESTERN DISTRICT OF NORTH CAROLINA

3   CERTIFICATE OF REPORTER

4

5

6           I, Cheryl A. Nuccio, Federal Official Realtime Court

7   Reporter, in and for the United States District Court for the

8   Western District of North Carolina, do hereby certify that

9   pursuant to Section 753, Title 28, United States Code, that

10  the foregoing is a true and correct transcript of the

11  digitally-recorded proceedings, transcribed to the best of my

12  ability, held in the above-entitled matter and that the

13  transcript page format is in conformance with the regulations

14  of the Judicial Conference of the United States.

15

16          Dated this 8th day of October 2025.

17

18                      s/Cheryl A. Nuccio

19                      _____
                        Cheryl A. Nuccio, RMR-CRR
20                      Official Court Reporter

21

22

23

24

25
```