UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO.3:23-cr-267-1-KDB |
| v. | |
| DEUNTRIA LAMAR LYONS | |

## GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EXPERT WITNESS TESTIMONY

NOW COMES the United States of America and hereby provides notice to the defendant, pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Rule 702 of the Federal Rules of Evidence, that the United States intends to introduce expert testimony from the following:

Matthew J. Wilde, a special agent with the Federal Bureau of Investigation and member of the Cellular Analysis Survey Team ("CAST"), will testify to the cellular towers used by cellular devices as reflected on pages 7 through 130 of his report, which has been previously provided in discovery. The phone records associated with the telephone numbers have been provided in discovery.

The bases for the conclusions and methodology used are reflected in pages two through six of the attached report. The United States has provided defense with a current curriculum vitae for Special Agent Wilde that identifies his qualifications and lists all other cases in which, during the previous four years, Special Agent Wilde has testified as an expert. Special Agent Wilde has not authored any publications in the previous 10 years.

*Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.*

_____
Matthew J. Wilde
CAST National Asset/Special Agent
Federal Bureau of Investigation

The testimony of this witness will assist the trier of fact and, as such, is admissible under Rule 702 of the Federal Rules of Evidence.

This the 13th day of February, 2026.

    RUSS FERGUSON
    UNITED STATES ATTORNEY

    */s/ Timothy Sielaff*
    ASSISTANT UNITED STATES ATTORNEY

    */s/ Erik A. Lindhal*
    ASSISTNAT UNITED STATES ATTORNEY

## A.I. CERTIFICATION

Pursuant to the Standing Order of this Court entered June 18, 2024, and published to the Bar of the Western District on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

3