IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-00267-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEUNTRIA LAMAR LYONS,<br><br>    Defendant. | **DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE HEARSAY STATEMENTS OF NON-TESTIFYING WITNESSES** |

NOW COMES Defendant Deuntria Lamar Lyons, by and through his appointed counsel of record, respectfully moving this Court to enter an order *in limine* preventing the government from offering in evidence at the trial of this matter any out of court hearsay statement made by a non-testifying co-defendant, law enforcement officer, or any other person who is not available for cross-examination. While the deadline for this motion has passed, Defendant respectfully requests leave to file such motion.

In support of this motion, it is respectfully shown that some of the statements provided by the government to the defendant as part of the discovery herein include some unindicted co-conspirators in which they have admitted their involvement in criminal conduct. Some of those statements may tend to incriminate the defendant. The statements are inadmissible against defendant unless the person who made the

statement testifies thereby giving the defendant the opportunity to confront and cross-examine the witness. *Crawford v. Washington*, 541 U.S. 36, 53-54 (2004).

Some of the defendants alleged in this conspiracy will not be testifying because they have pled guilty and reached plea agreements with the government. Others have been indicted in other jurisdictions. In any case, these statements should not be admitted into evidence unless the people making the statements testify and are subject to cross-examination.

The defendant is entitled to confront and cross-examine the witness against him before the jury so the witnesses' demeanor and apparent truthfulness can be tested and evaluated by the jury.

## CONCLUSION

For the foregoing reasons, it is respectfully requested that the Court grant the Defendant's Motion *in Limine* to Preclude hearsay statements of non-testifying witnesses.

Respectfully submitted this the 16th day of February 2026.

*/s/ S. Frederick Winiker, III*
S. Frederick Winiker, III (NC: 22390)
Sarah A. Mink (NC: 61013)
FLANNERY | GEORGALIS, LLC
227 West Trade Street, Suite 950
Charlotte, North Carolina 28202
(704) 333-8440
rwiniker@flannerygeorgalis.com
smink@flannerygeorgalis.com

## CERTIFICATION

Pursuant to the Standing Order of this Court entered June 18, 2024, and published to the Bar of the Western District on June 27, 2024, the undersigned hereby certifies:

1. No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2. Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This the 16th day of February 2026.

*/s/ S. Frederick Winiker, III*
S. Fredrick Winiker, III

# CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was filed electronically. A copy of this filing will be sent to the Government via electronic mail.

    This the 16th day of February 2026.

                                            */s/ S. Frederick Winiker, III*
                                              S. Fredrick Winiker, III

SERVED ON:
Timothy Sielaff
Assistant United States Attorney
United States Attorney's Office
Western District of Noth Carolina
227 West Trade Street, Suite 1650
Charlotte, NC 28202
704-287-4943
timothy.sielaff@usdoj.gov

Erik Lindahl
Assistant United States Attorney
United States Attorney's Office
Western District of Noth Carolina
227 West Trade Street, Suite 1650
Charlotte, NC 28202
704-338-3170
erik.lindahl@usdoj.gov

4

Case 3:23-cr-00267-KDB-DCK    Document 150    Filed 02/16/26    Page 4 of 4